```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0358 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| CARRIE YEUNG | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from September 20, 2010 to December 13, 2010 at 10:00 a.m. They stipulate that the time between September 20, 2010 and December 12, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, additional discovery related to the amount of loss in this case will be provided by the

government in the coming weeks. Defense counsel will need to review that discovery in conjunction with the discovery that has already been provided and perform additional investigation in order to be adequately prepared in this matter.  The parties are also in continuing discussions related to disposition of this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 16, 2010     By:   /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATED: September 16, 2010           /s/ Peter Kmeto
                                    PETER KMETO
                                    Attorney for Defendant

**IT IS SO ORDERED.**

DATED: September 16, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE