PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: CARRIE YEUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CARRIE YEUNG , )<br>)<br>Defendant. )<br>_____ ) | No. CR. S-10-358 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |

Defendant, CARRIE YEUNG, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, HEIKO P. COPPOLA, stipulate and agree to the following:

1. The presently scheduled date of December 13, 2010 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for March 7, 2011 at 10:00 a.m. for further status or entry of plea.

2. Counsel for the defense has been largely unavailable to participate in settlement negotiations due to his involvement in a lengthy federal jury trial.

3. The discovery process is still on going.

4. The parties anticipate negotiating a Plea Agreement, however, further discovery and follow-up investigation is still pending thus making it appropriate for the court to make a finding of excludable time.

- 1 -

5. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C.3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:   December 8, 2010                   /s/ Heiko P. Coppola
                                             Assistant U.S. Attorney
                                             for the Government


Dated:   December 8, 2010                   /s/   Peter Kmeto
                                             Attorney for Defendant
                                             CARRIE YEUNG

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the STATUS HEARING in the matter be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 March 7, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: December 9, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -