```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. 2:10-CR-0358 FCD
                                )
12                 Plaintiff,   )
                                )
13       v.                     )  STIPULATION AND ORDER TO EXCLUDE
                                )  TIME
14  CARRIE YEUNG                )
                                )
15                              )
                   Defendant.   )
16                              )
    _____)
17
```

18       The parties request that the status conference in this case
19  be continued from April 25, 2011, to June 6, 2011, at 10:00 a.m.
20  They stipulate that the time between April 25, 2011 and June 6,
21  2011 should be excluded from the calculation of time under the
22  Speedy Trial Act.  The parties stipulate that the ends of justice
23  are served by the Court excluding such time, so that counsel for
24  the defendant may have reasonable time necessary for effective
25  preparation, taking into account the exercise of due diligence.
26  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, additional
27  discovery related to the amount of loss has been recently
28  provided to the defendant. Defense counsel will need to review

1

1  that discovery in conjunction with the discovery that has already
2  been provided and perform additional investigation in order to be
3  adequately prepared in this matter.  The parties are also in
4  continuing discussions related to disposition of this matter. The
5  parties stipulate and agree that the interests of justice served
6  by granting this continuance outweigh the best interests of the
7  public and the defendant in a speedy trial.   18 U.S.C. §
8  3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: April 21, 2011        By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATE: April 21, 2011               /s/ Peter Kmeto
                                    PETER KMETO
                                    Attorney for Defendant


**IT IS SO ORDERED.**

DATE: April 21, 2011

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE