BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-0358 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| CARRIE YEUNG ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from June 6, 2011, to July 5, 2011, at 10:00 a.m. They stipulate that the time between June 6, 2011 and July 5, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, a plea agreement has been provided to the defendant.  Defense counsel will need to review the plea agreement, discuss the plea

agreement with the defendant, review the sentencing guideline calculations contained within the plea agreement and prepare for a change of plea hearing.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: June 2, 2011         By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney


DATED: June 2, 2011                /s/ Peter Kmeto
                                        PETER KMETO
                                        Attorney for Defendant


**IT IS SO ORDERED.**

DATED: June 2, 2011

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE