IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                        CR. NO. S-06-0337 EJG

    v.

PHILIP YU, et al.,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

                        CR. NO. S-10-0358

    v.

CARRIE YEUNG,                    <u>RELATED CASE ORDER</u>

        Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 123 because they arise from a common set of facts and out of the same law enforcement investigation.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and be convenient for the parties.

1

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Cr. No. S-10-0358 FCD is hereby reassigned to Judge Edward J. Garcia for all further proceedings.  All dates set in this case before Judge Damrell are VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Cr. No. S-10-0358 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a status conference in Cr. No. S-10-0358 EJG will be held at 10:00 a.m., June 10, 2011.

IT IS SO ORDERED.

Dated: June 3, 2011

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE