UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**


FILED
JUL 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                 RE:    **Carrie YEUNG**
                                                **Docket Number: 2:10CR00358-01**
                                                **CONTINUANCE OF JUDGMENT**
                                                **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that sentencing in the above-referenced case be continued from August 26, 2011, at 10:00 a.m., to October 14, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to schedule conflicts between defense counsel and the probation officer, the defendant was not interviewed until July 18, 2011. Further, the probation officer will be unavailable and out of the office for two weeks at the beginning of August. The case and the defendant's financial situation are fairly complicated, and additional time is needed to prepare the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                     Respectfully submitted,

                                     /s/ RW Elkins

                                     **RICHARD W. ELKINS**
                                     Senior United States Probation Officer

**REVIEWED BY:** /s/ Hugo Ortiz
                               **HUGO ORTIZ**
                               **Supervising United States Probation Officer**

Dated:     July 21, 2011
               Sacramento, California
               RWE/tau

**RE:   Carrie YEUNG**
**Docket Number:  2:10CR00358-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
Heiko Coppola, Assistant United States Attorney
Peter Kmeto, Defense Counsel
Probation Office Calendar clerk

✓ **Approved**

_____          7/26/11
**EDWARD J. GARCIA**
**Senior United States District Judge**          **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:10CR00358-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Carrie YEUNG | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | October 14, 2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | October 7, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 30, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 23, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 16, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | September 2, 2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG