PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: CARRIE YEUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARRIE YEUNG ,<br><br>　　　　Defendant. | No. CR-10-358 EJG<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING |

Defendant, CARRIE YEUNG, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, HEIKO P. COPPOLA, stipulate and agree to the following:

1. The presently scheduled date of October 14, 2011 for Judgement and Sentencing Hearing shall be vacated and said Sentencing Hearing be rescheduled for October 28, 2011 at 10:00 a.m..

2. Counsel for the defense has made this request to obtain additional time to discuss with the government its recommendation for a downward departure.

3. Counsel for the government has no objection to this request for further time.

/// ///

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  October 13, 2011          /s/ Heiko P. Coppola
                                  Assistant U.S. Attorney
                                  for the Government


Dated:  October 13, 2011          /s/  Peter Kmeto
                                  Attorney for Defendant
                                  CARRIE YEUNG

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the SENTENCING HEARING in the matter be continued to October 28, 2011 at 10:00 a.m..

DATED: 10/14/11                   /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  Sr. United States District Judge

- 2 -